*UNITED STATES DISTRICT COURT*
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 29 AM 11: 58

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W.D. OF TN, MEMPHIS

---

**LESTER CURTIS SMITH; and**
**WILLIAM M. ROBINSON,**

      **Plaintiffs,**

v.

**RICHARD JENNINGS, in his official**
**capacity as Lauderdale County General**
**Sessions Court Clerk;**
**JANICE CRAIG, in her official capacity**
**as Lauderdale County General Sessions**
**Court Judge;**
**LOUIS CRAIG, in his official capacity**
**as Sheriff of Lauderdale County; and**
**LAUDERDALE COUNTY, TENNESSEE,**

      **Defendants.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO: 2:04-2592-B**

---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**  that in accordance with the Consent Final Order Granting Declaratory And Injunctive Relief entered on August 11, 2004, this cause is hereby dismissed and the permanent declaratory and injunctive relief having been awarded by the Court shall survive entry of judgment as a permanent injunction.

**APPROVED:**

**J. DANIEL BREEN**
**UNITED STATES DISTRICT COURT**

9/29/05
Date

THOMAS M. GOULD

Clerk of Court

Earline Frazer
**(By)  Deputy Clerk**

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  9-30-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:04-CV-02592 was distributed by fax, mail, or direct printing on September 30, 2005 to the parties listed.

---

J. Thomas Caldwell
CALDWELL & FITZHUGH
114 Jefferson Street
Ripley, TN 38063

Michael W. Whitaker
WHITAKER LAW FIRM
7054 Highway 64
Oakland, TN 38060

C. Barry Ward
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Robert L. Hutton
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable J. Breen
US DISTRICT COURT